IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

WAYNE E. SADLER, )
)
    Plaintiff, )
)
v. ) NO. 2:05-0105
) JUDGE HAYNES
NATIONAL BOARD OF REGENTS, )
)
    Defendant. )

### O R D E R

To achieve efficiency in the judicial management of litigation in this division, the **final pretrial conference** in this action is reset to **November 6, 2006 at 2:00 p.m.** and the **trial** is reset to **November 28, 2006 at 9:00 a.m.** Both proceedings will be held in **Cookeville.**

It is so **ORDERED**.

ENTERED this the 20th day of January, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge