UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WAYNE SADLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | NO. 2:05-0105 |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| TENNESSEE BOARD OF REGENTS, | ) | **Jury Demand** |
| | ) | |
| Defendant | ) | |

### O R D E R

For reason stated in the accompanying memorandum, the Defendant's motion for summary judgment (Docket Entry 21) is **GRANTED**. This action is dismissed with prejudice.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge