# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 18, 2008

FILED
U S DISTRICT COURT
MIDDLE DISTRICT OF TENN

MAR 2 0 2008

_____
DEPUTY CLERK

Mr. Keith Throckmorton
Middle District of Tennessee at Cookeville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: No. 07-5383, *Sadler v. TN Bd of Regents*
Originating Case No. 05-00105

Dear Mr. Throckmorton,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mary Patterson
Case Manager
Direct Dial No. 513-564-7033
Fax No. 513-564-7094

cc: Mr. Jay C. Ballard
    Mr. James L. Harris
    Honorable Joe B. Brown

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 07-5383

Filed: March 18, 2008

WAYNE E. SADLER

    Plaintiff - Appellant

v.

TENNESSEE BOARD OF REGENTS, doing business as Tennessee Tech University

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed February 14, 2008, the mandate for this case hereby issues today.

COSTS: NO COSTS

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By ___ Mary Patterson
Deputy Clerk

05-00105